IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Citation No. 16-po-7002-KMT

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES C. DAVIS, Defendant.

---

ORDER SETTING TRIAL AND MOTIONS HEARING

---

Entered by U.S. Magistrate Judge Kathleen M. Tafoya.

    It is hereby ORDERED that this matter is set for a two-day Bench Trial to the Court beginning on May 16, 2016, 2016 at 9:30 a.m., in the Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado, Courtroom C201.  The Provisions of the Local Rules of this Court and of Fed. R. Crim. P. 16 shall be followed by the prosecution and the defense.

    It is further ORDERED that any pretrial motions are to be filed on or before March 21, 2016. Responses shall be filed on or before April 11, 2016.

    It is further ORDERED that a Motions Hearing is set before Magistrate Judge Kathleen Tafoya, in Courtroom C201, on April 28, 2016 at 1:30 p.m., in the Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado.

    It is further ORDERED that a Change of Plea Hearing is set before Magistrate Judge Kathleen Tafoya, in Courtroom C201, on May 6, 2016 at 10:30 a.m., in the Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado.

    It is further ORDERED that, if the Change of Plea Hearing is vacated, a Final Pretrial/Trial Preparation Conference will take place on May 6, 2016 at 10:30 a.m.

    It is further ORDERED that 30 days before trial, the parties shall notify the magistrate judge's courtroom deputy, Sabrina Grimm, who may be reached at (303) 335-2039, of any need for special accommodation for any attorney, party, or witness; or any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence

using CDROM or other electronic means of evidence presentation.

It is further ORDERED that five business days prior to the trial:

1. The parties may file their trial briefs, not to exceed ten pages, and

2. Counsel shall file proposed findings of fact and conclusions of law.

3. The parties shall file:

    a. Witness list in alphabetical order;

    b. Exhibit lists;

    c. A list of any objections it has to the opponent's exhibits. These objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection. If the authority is in the Federal Rules of Evidence, the rule number to be cited; if the authority is case law, the Court shall be provided with a copy of the case;

    d. A list of witnesses' scheduling problems, indicating times of such witnesses' availability during the trial;

    e. A list of stipulated exhibits;

    f. A list of stipulated facts;

    g. A list of any facts of which a party is asking the Court to take judicial notice; and

    h. A list of any unique terms intended to be used during the trial, in alphabetical order (examples: medical, commercial, and scientific terms).

It is further ORDERED that each party shall provide the magistrate judge with an original and two copies of their exhibits at the beginning of the court trial.

1. Trial exhibits shall be pre-marked. The government shall use numbers and the defense shall use letters;

2. The parties shall meet and exchange their pre-marked exhibits before the beginning of the trial;

3. The parties shall predetermine the designation of any exhibit which is endorsed by more than one party in order to avoid duplication of exhibits;

4. Each party's original trial exhibits shall be used by the witnesses, and two copies of

the exhibits shall be provided to the magistrate judge;

     5. Trial exhibits shall be tabbed and placed into notebooks including the Court's copies of the exhibits, <u>unless</u> an exhibit is incapable of being placed into a notebook; and,

     6. Any exhibit which consists of multiple pages shall have each page of the exhibit sequentially numbered for ease of reference by the witness and for clarity of the record.

     Dated this 19th day of February, 2016.

BY THE COURT:

*/s/ Kathleen M. Tafoya*

Kathleen M. Tafoya
United States Magistrate Judge